**Appeal Dismissed and Memorandum Opinion filed December 9, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00439-CV**

---

**MONICA  FARRIS, Appellant**

**V.**

**RUCHITA REAL ESTATE, LLC, Appellee**

---

**On Appeal from the County Court at Law No 6**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-CCV-067924**

---

## MEMORANDUM  OPINION

This appeal is from a judgment signed July 15, 3021. The clerk's record was filed August 31, 2021. No reporter's record was taken. No brief was filed.

On November 2, 2021, this court issued an order stating that unless appellant filed a brief on or before December 2, 2021, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.